

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
Sep 25. 2014
SEP 2 5 2014
MB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DIONELL PAYNE

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

COOK COUNTY

TOM DART

S/O DANIELS

DR. MARHAEL

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

14CV7520
JUDGE KENNELLY
MAGISTRATE JUDGE BROWN

C: _____
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
         U.S. Code (state, county, or municipal defendants) A.D.A

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: DIONELL PAYNE

   B. List all aliases: DEREK CAMERON

   C. Prisoner identification number: 20121019167

   D. Place of present confinement: COOK COUNTY Jail

   E. Address: P.O. BOX 089002 chicago IL, 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: COOK COUNTY

   Title: COOK COUNTY of ILLINOIS

   Place of Employment: COOK COUNTY

   B. Defendant: TOM DART

   Title: SHERIFF

   Place of Employment: COOK COUNTY

   C. Defendant: 40 DANIELS

   Title: Correctional Deputy

   Place of Employment: COOK COUNTY

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

II Defendant(s):

A. Defendant: DR. Makhael
Title: Doctor
Place of Employment: Cook County Jail

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: PAYNE VS. COOK COUNTY 14-CV-5299

B. Approximate date of filing lawsuit: 7/2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: DIONELL PAYNE, Derek Cameron

D. List all defendants: COOK COUNTY, TOM DART, Cermak Health Services

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. Northern of Illinois EASTERN DIVISION

F. Name of judge to whom case was assigned: MATTHEW F. Kennelly, Magistrate Soat BROWN

G. Basic claim made: Denial of Program and services to The disable

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition: Still Pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: PAYNE VS. Dart 14c1430

    B. Approximate date of filing lawsuit: March 2014

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Dionell Payne, Derek Cameron

    D. List all defendants: Thomas Dart, Superintendent Green, Sergeant Doody, sergeant Dabuk, Office Cruz, officer Mahaffey

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. Northern of Ill Eastern Division

    F. Name of judge to whom case was assigned: Matthew F. Kennelly Magistrate Soat Brown

    G. Basic claim made: Assault

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Settlement Global

    I. Approximate date of disposition: March 2014

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007



Continue   Case: 1:14-cv-07520 Document #: 1 Filed: 09/25/14 Page 6 of 16 PageID #:79  (5)

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

   A. Name of case and docket number: Payne vs. Dart 13c3341

   B. Approximate date of filing lawsuit: May 2013

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Dionell Payne, Derek Cameron

   D. List all defendants: Thomas Dart, John Murphy, Scot Blothien

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. Northern Ill. Eastern Division

   F. Name of judge to whom case was assigned: Matthew F. Kennelly Magistrate Scot Brown

   G. Basic claim made: Accessible Housing

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Settlement Global

   I. Approximate date of disposition: March 2014

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                                          Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: PAYNE VS City of chicago 11 C 6623

B. Approximate date of filing lawsuit: Sept. 2011

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Dionell Payne Derek Cameron

D. List all defendants: Chicago Police Sergeant Mother officer Miguel Bautista, officer Peter Medina, Terry Henderson, William Denton, City of chicago

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S Northern of Ill. Eastern Division

F. Name of judge to whom case was assigned: Matthew F. Kennelly

G. Basic claim made: False Arrest, Malicious prosecution

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: Still Pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) On 8/9/14 I was Transfer from cermak division 8, to Division 2 Dorm 2 N House, I was not Transfer for disciplinary, nor threats To myself or other's while being incarcerated since 2012, I'm legally And physically disable, and have been housed since 2012 to Medical Tiers. (2) On August 15, 2014 on the 3pm-11pm shift I was only at This time housed on Dorm 2 N House 6 days without knowledge OR Knowing any of the C/O'S. At this time the dayroom Is open when the T.V. and Phone's are on, that's when we can Enter the dayroom for privileges. (3) once this occur I proceeded To ask a question of one of the assign C/O's to 2N since count was clear, while attempting to speak with unknown C/O I became a target to C/O Daniels onslought of Physical and verbal assault, (4) while trying to explain to This C/O Daniels that I was just transfer from another Division and was only trying to ask if the worker that's A detainee could heat my food before I could explain I became a sounding board for her profanity call everything Including offending and attacking my family verbally.

(5) C/O Daniels then began to attack me physically because I believe I didn't pose a threat of aggression to her so That's when she began placing her hands on me by poking Her fingers aggressively in my chest, and then with the Palm of her open hand began punching me in my forehead With a force that cause my Head and neck to snap back and Fort. (6) I suffer from a spinal injury and am a recovering C1 being paralyzed from neck Down, I'm a tetra Plegia. C/O Daniels cause severe pain to the physical Attack to my Head and neck. This was Inappropriate and Unethical behavior which was not provoked by me. (7) After C/O Daniels onslaught I requested a supervisor As C/O Daniels was exiting the tier, that's when C/O Daniels spun around and said "Quote on Quote" TAKE This to your MOMA and spit in my face, which was Un-Professional behavior and was undeserve, I don't think this is part of cook county Jail training to teach one to Put there hands or spit on any one. (8) This was Inhumane Treatment and Duress to myself. I did not bring this on of this unwanted treatment on my self and family which Also was assaulted verbally, Nor did I cause C/O Daniels Any reason to disrespect me by Spitting, poking or Hitting Me

Revised 9/2007

With her fingers and palm of hand in my chest and fore head causing my head and neck to snap back with C/O Daniels physical assault on me.(9) To spit on me was the lowest treatment to any human being. C/O Daniels Assaulted my medical and mental consciousness by further denieing Medical attention for 28-29 days without knowing if I contracted Any Disease or the extent of my "head and neck" injury. (10) To ADD Insult to Injury I was placed 13 days later in segregation for Tickets that I never knew of, never received nor was ever Documented by cook county jail. Already to be incarcerated but to be Emprison on top of this was more suffering "Unwanted". I was placed in segregation for 2½ days after being released And told by Superintendent Brown I shouldn't have been locked up In segregation.(11) But yet to this day still denied medical attention. still Uncertain of how Tom Dart and Cook County could allow this type of behavior to go unnotice. On September 12, 2014, after weeks of still complaining, and putting In medical request slips, it took to be Interview by officers of personal Review because of my compliant form to be sent to the emergency room only to be denied medical attention in this incident.(12) was seen by A DR. Makhael who disregarded my plea's and compliants of pain and abuse that was now neglected and ignore for 28-29 days By Cook County and now this DR. Makhael, was adding more Suffering by Refusing to this day to allow any kind of Examination OR X-rays, only Requesting Blood be drawn for C/O Daniels Spitting on Me, ignoring my plea's of pain still this day 9/12/14 telling me and I Quote the DR. "you're always in pain" with my plea's alone should have DR. Mokhael to perform his duty as a medical Doctor to a Patience complaints or pleas which was Denied me By this DR. Mokhael Negligence and Prejudice and Bias over looking and not treating because of A C/O.

13. Grievance was written, Office of proffessional Review was sent compliant form, Tom Dort was sent compliant form, OPR interview myself, Witnesses that witness this incident names are attach, OPR compliant is attach, and Grievance's are attach with all copies to this 1983. Medical request were put in while in division 2, as well a the RTU Division where I'm now housed. Camera and camcorter's are in use and recording my altercation and all divisions. Request that all recording and Distress calls be held and used in trial and court proceeding.

Continue complaint

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To receive continual medical and mental care that % Daniels have a mental Health evaluation and psychiatric treatment and others that display unprofessional behavior that for courts purpose her records and write ups of detainee's and sheriff's department be exposed That all camera's and recorder video's and Distress calls be held for court and that that compensatory and punitive damages on & injunctive relief be Awarded

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __9__ day of __Sept__, 20__14__

_____
(Signature of plaintiff or plaintiffs)

Dionell Payne
(Print name)

20120/9167
(I.D. Number)

P.O. Box 089002 chicago Ill
60608
(Address)

6                                                          Revised 9/2007



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**

**! This section is to be completed by Program Services staff - ONLY !** *(¡ Para ser llenado solo por el personal de Program Services !)*

**GRIEVANCE FORM PROCESSED AS:**
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):* PAYNE
PRINT - FIRST NAME *(Primer Nombre):* DIONELL
ID Number *(# de identificación):* 20121019167
DIVISION *(División):* 2
LIVING UNIT *(Unidad):* 2N BED 16
DATE *(Fecha):* 8/__/14

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: — Date of Incident — Time of Incident — Specific Location of Incident
*(Por Favor, Incluya): — Fecha Del Incidente — Hora Del Incidente — Lugar Específico Del Incidente*

On 8/15/14 while housed in Division 2 Dorm 2 w house bed 16 while attempting to comply with a C/O of 3pm-11pm shift without being threating or causing bodily harm to C/O Daniels I become target of a verbal and physical assault from C/O Daniels at which time she began poking pushing me in my chest and forehead causing my head neck to snap backward and forward due to the force of C/O Daniels blows while I requested a white shirt and medical attention at which time C/O Daniels says to me take this to your mama and spit in my face which is inappropriate and unethical behavior display by C/O Daniels the ethics of C/O Daniels was unprofessional and INHUMANE treatment, neck, chest and jaw line to now having bruise and Mental Harm. To notify O.P.R. to investigate

**ACTION THAT YOU ARE REQUESTING** *(Acción que esta solicitado):*

...to remove C/O Daniels through psychiatric Evaluation...Monitor Camera...

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información):*

INMATE SIGNATURE *(Firma del Preso):* DP

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print): M Smith Lewinski
SIGNATURE: MS
DATE CRW/PLATOON COUNSELOR RECIEVED: 8/19/14

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):
SIGNATURE:
DATE REVIEWED: __/__/__

(FCN-47)(NOV 11)  (WHITE COPY – PROGRAM SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2014X5037

### INMATE INFORMATION

INMATE LAST NAME: PAYNE
INMATE FIRST NAME: DARNELL
ID Number: 20121019167

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:**
- 260 - MISCONDUCT (PHYSICAL) BY SWORN STAFF

**IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):**

**CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO:** O.P.R. J.S.

**DATE REFERRED:** 8/21/14

**RESPONSE BY PERSONNEL HANDLING REFERRAL:**
See Attachment

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** [illegible]
**SIGNATURE:** [illegible]
**DIV./DEPT:** INMSVS
**DATE:** 8/21/14

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

**INMATE SIGNATURE:** X.P.
**DATE RESPONSE WAS RECEIVED:** 8/21/14

### INMATE'S REQUEST FOR AN APPEAL

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

**INMATE'S BASIS FOR AN APPEAL:** THIS IS STILL ON GOING MATTER TO THIS DAY

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** ☐ Yes ☐ No

(FCN-48)(NOV 11) (WHITE COPY – PROGRAM SERVICES) (YELLOW COPY – C.R.W./PLATOON COUNSELOR) (PINK COPY – INMATE)



# SHERIFF'S OFFICE OF COOK COUNTY
## OFFICE OF PROFESSIONAL REVIEW
## COMPLAINT REGISTER

**Complainant Information**

NAME (Last, First, M.I.): PAYNE, DIONELL
AGE:
DATE OF BIRTH:
HOME #:
HOME ADDRESS: P.O. BOX 089002
CITY: CHICAGO
WORK/OTHER #:
STATE: ILLINOIS   ZIP CODE: 60608
STATE I.D./D.L. #:
STATE OF ISSUANCE:

I HAVE BEEN NOTIFIED THAT, PURSUANT TO 50 ILCS 725/3.8(b), ANYONE FILING A COMPLAINT AGAINST A SWORN PEACE OFFICER MUST HAVE THE COMPLAINT SUPPORTED BY A SWORN AFFIDAVIT.

**Complaint Information**

DATE OF INCIDENT: 8/15/14
TIME OF INCIDENT: 3pm-11pm SHIFT
LOCATION OF INCIDENT: Division 2 Dorm 2 Tier N

PROVIDE NAMES, BADGE NUMBERS, SQUAD NUMBER or LICENSE PLATE, and/or PHYSICAL DESCRIPTION OF THE OFFICER AGAINST WHOM YOU WISH TO FILE A COMPLAINT:

C/O DANIELS

**Witnesses**

ARE THERE ANY WITNESSES YOU WISH TO BE CONTACTED DURING THE INVESTIGATION? ☐ YES ☐ NO
IF YES, PROVIDE CONTACT INFORMATION.

| NAME | ADDRESS/CITY/STATE/ZIP | HOME PHONE # |
|---|---|---|
| CHRISTOPHER JOHNSON | P.O. Box 089002 Chicago IL 60608 | 20130409051 |
| KERMIT LEAKS | " | 20120421058 |
| MICHAEL PRYOR | " | 20130302068 |
| PIERRE DAVIS | " | 20120723002 |

**Narrative**

PROVIDE A FULL DETAILED ACCOUNT OF YOUR COMPLAINT AND THE NATURE OF THE INCIDENT.

I was transfer from Division 8 Cermak 3 West 3215 on 8/9/14 to Division 2 Dorm 2 tier N, I was not transfer for Disciplinary, or threats to other's nor myself. While being incarcerated since 2012, I'm fully and legally Disable and have been housed Since 2012 on medical tier since my Incarceration. On 8/15/14 on the 3pm-11pm shift I was asking one of the c/o's a question at which time there were other detainee's in the dayroom Area. When the T.V. and phone are on that means the count is clear And that I'm not in violations of rules and policies. While attempting to speak with this c/o, C/O Daniels interrupts by stepping in front of myself and this c/o with shouts of profanity physically ☒ CONTINUED ON REVERSE

FOR OFFICE USE ONLY
DATE COMPLAINT RECEIVED: _____   RECEIVED BY: _____
IAD/IG #: _____

**Complaint Narrative (Continued)**

...king and pushing me in my chest and fore head with her palm and finger is was Inappropriate and unEthical behavior, at which time I requested a supervisor as c/o Daniels responds and I quote Take this to your oma and spits in my face which was not proffessional behavior and Undeserve, I don't think that this is part of Cook County training to one to put your hands or spit on anyone, this was In humane treatment Duress to myself which was witness by other detonee's, I did not bring any of this unwanted treatment to myself nor my family which also was verbally nor did I cause c/o Daniels any reason to dissrespect me with colly spitting, poking or hitting me with her finger's and palm of hand in chest or fore head which cause my head and neck to snap back with the of her physical assault and to spit on me was the lowest treatment to any man being c/o Daniels cause verbal assault to my mental consciousness, I did Provoke this situation with threats or bodily harm to c/o Daniels or any staff Cook County after this display from c/o Daniels I requested supervisor on medical attention all my plea's fell on deaf ear's later that same day while still complaining of the verbal and physical abuse I was taken out of wheelchair and relief my care which are medical necessities which was disregarded with negligence was written up to cover assult transfer for over 9 hours with out food, medicine County Policies is that if there's a disturbance a supervisor is to be call, video is to recorded None of this occur causing futher harm mentally on top of that negeliance

PLEASE BE AWARE THAT IF YOU ALLEGE INJURIES AS A RESULT OF THIS INCIDENT, DUE TO FEDERAL PRIVACY LAWS ON THE RELEASE OF MEDICAL RECORDS, YOU MUST PROVIDE COPIES OF YOUR RELEVANT MEDICAL RECORDS REGARDING ANY EXAMINATION OR TREATMENT TO THE SHERIFF'S OFFICE INVESTIGATING UNIT TO BE MADE PART OF THE INVESTIGATION.

I have read this statement that I have voluntarily made, consisting of __2__ pages, and I solemnly swear that the facts and allegations contained within are true and correct to the best of my knowledge. DIONELL PAYNE (Print Name)

Complainant's Signature: _D. Payne_     Date: 8/28/14

State of Illinois  )
County of Cook   )

Signed and sworn to before me on __8-28-2014__ by __DIONEL PAYNE__
(date)                                                (name of person making statement)

OFFICIAL SEAL
MURIEL C GAUTHIER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/19/17

(signature of notary public)

A person commits PERJURY when, under oath or affirmation, in a proceeding or in any matter where by law such oath or affirmation is required, he makes a false statement, material to the issue or point in question, which he does not believe to be true. PERJURY IS A CLASS 3 FELONY.

Please mail your completed, signed and notarized, complaint form to:

**Cook County Sheriff's Office of Professional Review**
3026 S. California
Chicago, IL. 60608