**FILED**
11/3/2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**RECEIVED**
Sep 25, 2014
SEP 2 5 2014
MB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DIONELL PAYNE

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

COOK COUNTY

TOM DART

S/O DANIELS

DR. MARHAEL

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

14CV7520
JUDGE KENNELLY
MAGISTRATE JUDGE BROWN

C.
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

_____✓_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants) A.O.A

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

    A.    Name: DIONELL PAYNE

    B.    List all aliases: DEREK CAMERON

    C.    Prisoner identification number: 20120719167

    D.    Place of present confinement: COOK COUNTY Jail

    E.    Address: P.O. BOX 089002 chicago IL, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: COOK COUNTY

        Title: COOK COUNTY of ILLINOIS

        Place of Employment: COOK COUNTY

    B.    Defendant: TOM DART

        Title: SHERIFF

        Place of Employment: COOK COUNTY

    C.    Defendant: 40 DANIELS

        Title: Correctional Deputy

        Place of Employment: COOK COUNTY

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

II Defendant(s):

A. Defendant: DR. Makhael

Title: Doctor

Place of Employment: cook county Jail

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

   A.   Name of case and docket number: _PAYNE VS. COOK COUNTY_
_14. CV- 5299_

   B.   Approximate date of filing lawsuit: _7/2014_

   C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _DIONELL_
_PAYNE     Derek Cameron_

   D.   List all defendants: _COOK COUNTY, TOM DART, cermak_
_Health Services_

   E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Northern of Illinois EASTERN Division_

   F.   Name of judge to whom case was assigned: _MATTHEW F. Kennelly_
_Magistrate Soat BROWN_

   G.   Basic claim made: _Denial of Program and services to_
_The disable_

   H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still Pending_

   I.   Approximate date of disposition: _Still Pending_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                                        Revised 9/2007

C.ont.... (5)

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _PAYNE VS. Dort 14c1430_

B. Approximate date of filing lawsuit: _March 2014_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Dionell Payne, Derek Cameron_

D. List all defendants: _Thomas Dort, Superintendent Green, Sergeant Doody, Sergeant Dobuk, Officer Cruz, Officer Mahaffey_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Northern of Ill Eastern Division_

F. Name of judge to whom case was assigned: _Matthew F. Kennelly Magistrate Scot Brown_

G. Basic claim made: _Assault_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Settlement Global_

I. Approximate date of disposition: _March 2014_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

*Continue*  (5)

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: *Payne vs. Dart 13c3341*

B.   Approximate date of filing lawsuit: *May 2013*

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: *Dionell Payne, Derek comeron*

D.   List all defendants: *Thomas Dart, John Murphy, scot Blottien*

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *U.S. Northern Ill, Eastern Division*

F.   Name of judge to whom case was assigned: *Matthew F. Kennelly Magistrate scot Brown*

G.   Basic claim made: *Accessible Housing*

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Settlement Global*

I.   Approximate date of disposition: *March 2014*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

Continue

(5)

III.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.    Name of case and docket number: _PAYNE VS City of chicago_ _11 C 6623_

B.    Approximate date of filing lawsuit: _Sept. 2011_

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _Donell Payne_ _Derek Cameron_

D.    List all defendants: _Chicago Police Sergeant Mohen officer_ _Miguel Bautista, officer Peter Medina, Terry Henderson,_ _William Denton, City of chicago_

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S Northern of Ill. Eastern Division_

F.    Name of judge to whom case was assigned: _Matthew F. Kennelly_

G.    Basic claim made: _False Arrest, Malicious prosecution_

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Pending_

I.    Approximate date of disposition: _Still Pending_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) On 8/9/14 I was Transfer from cermak division 8, to Division 2 Dorm 2 N House, I was not transfer for disciplinary, nor threts To myself or other's while being incorcerated Since 2012, I'm legally And physically disable, and have been housed since 2012 to medical Ties. (2) On August 15, 2014 on the 3pm-11pm shift I was only of This time housed on Dorm 2 NHouse 6 days without knownledge OR knowing any of the C/O's. At this time the dayroom Is open when the T.V, and Phone's are on, that's when we con Enter the dayroom for privaleges. (3) Once this occur I proceeded To ask a question of one of the assign C/O's to 2N Since Count was clear, While attempting to speak with unknown C/O I became a target to C/O Daniels onslought of Physical and verbal assault (4) while trying to explain to This C/O Daniels that I was just transfer from another Division and was only trying to ask if the worker that's A detainee could heat my food before I could explain I became a sounding board for her profanity call everything Including offending and attacking my family verbally.

4

Revised 9/2007

(5) C/O Daniels then began to attack me physically because I believe I didn't pose a threat of aggression to her so That's When she began placing her hands on me by poking Her finger's aggressively in my chest, and then with the Palm of her open hand began punching me in my forehead With a force that cause my Head and neck to snap back and Fort. (6) I suffer from a spinal injury and am a recovering C.I. being paralyzed from neck Down, I'm a tetra plegia. C/o Daniels cause severe pain to the physical Attack to my Head and neck. This Was Inappropriate and Unethical behavior Which was not provoked by me. (7) After C/o Daniels onslaught I requested a supervisor As N/o Daniels was exiting the tier, that's when C/o Daniels spun around and said, Quote on Quote" TAKE This to your MOMA and spit in my face, which was un-Proffessional behavior and was undeserve, I don't think this IS part of cook county Jail training to teach one to Put their hands or spit on any one. (8) This was Inhumane Treatment and Duress to my self. I didnot bring this any of this unwanted treatment on my self and family which Also was assaulted verbally, Nor did I Cause C/o Daniels Any reason to disrespect me by Spitting, poking or Hitting Me

5

Case: 1:14-cv-07520 Document #: 6 Filed: 11/03/14 Page 10 of 14 PageID #:37

With her finger's and palm of hand in my chest and fore Head causing my head and neck to snap back with C/O Daniels physical assault on me[a] To spit on me was The lowest treatment to any human being, C/O Daniels Assaulted my medical and mental consciousness by futher denieing Medical attention for 28-29 days without knowing if I contracted Any Disease or the extent of my "head and neck" injury.[10] TO ADD Insult to Injury I was placed 13 days later in segregation for Ticket that I never knew of, never received nor was ever Documented by cook county jail. Already to be incarcerated but To be Emprison on top of this was more suffering "Unwanted" I was placed in segregation for 2½ days after being released And told by Superintendent Brown I shouldn't have been locked up In segregation[11], But yet to this day Still denied medical attention, still Uncertain of how TOM Dart and cook county could allow this type of behavior To go unnotice. On september 12, 2014, after weeks of still complaining, and putting In medical request slips, It took to be Interview by officers of personal Review because of my compliant form to be sent to the emergency room only to be denied medical attention In this incident[12] was seen by A DR. Makhael who disregarded my plea's and compliants of pain And abuse that was Kcow neglected and ignore for 28-29 days By cook county and now this DR. Makhael was adding more Suffering by Refusing to this day to allow any kind of Examination OR xrays, only requesting Blood be drawn for C/O Daniels spitting on Me, Ignoring my plea's of pain Still this day 9/12/14 telling me and I Quote the DR. You're always in pain with my plea's alone Should have DR. Makhael to perform his duty as a medical Doctor to a Patience complaint's oR plea's which was Denied me By this DR. Makhael negligence and Prejudice and Bias over looking and not treating because of A C/O.

Case: 1:14-cv-07520 Document #: 6 Filed: 11/03/14 Page 11 of 14 PageID #:38

13 Grievance was written, Office of proffessional Review was sent compliant form, TOM Dart was sent compliant form, OPR interview my self, Witnesses That witness this Incident names are attach, OPR compliant is attach, and Grievance's are attach with all copies to this 1983. Medical request were put IN while in division 2, as well a the RTU Division where I'm now housed. Camera ant comcorter's Are in use ant recording any altercation and all divisions. Request that all recording and Distress calls be held And used in trial and court proceeding.

V.    **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To receive continual medical and mental care, that to Daniels have a mental Health evaluation and psychiatric treatment and others that display unprofessional behavior that for courts purpose her records and write ups by detainee's and Sheriff's department be expose'd That all camera's and recorded video's and Distress calls be held for court and that that compensatory and punitive damages on & injuntive relief be Awarded

VI.   The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___9___ day of ___Sept___, 20_14_

_____
(Signature of plaintiff or plaintiffs)

Dionell Payne
(Print name)

2012/0/9/67
(I.D. Number)

P.O. Box 089002 chicago Ill
60608
(Address)

Revised 9/2007



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☒ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**! This section is to be completed by Program Services staff - ONLY !** *(! Para ser llenado solo por el personal de Program Services !)*

**GRIEVANCE FORM PROCESSED AS:**
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):* PAYNE

PRINT - FIRST NAME *(Primer Nombre):* DIONELL

ID Number *(# de identificación):* 2012019167

DIVISION *(División):* 2

LIVING UNIT *(Unidad):* 2N BFD16

DATE *(Fecha):* 8 / / 14

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: Date of Incident – Time of Incident – Specific Location of Incident
*(Por Favor, Incluya: Fecha Del Incidente – Hora Del Incidente – Lugar Específico Del Incidente)*

On 8/15/14 white house in Division 2 Dorm 2 whouse bed 16 while attempting to comply with a c/o at 7am 11pm shift withheld being threatening or causing bodily harm to anyone I became target to a verbal and physical assault from c/o Daniels at which time she began poking pushing me in my chest and forced knocked my head back to snap back and forward due to the force of c/o Daniels physical assault... white shirt and medical attention... Daniels says to me take this to your moms and spit in my face which is inappropriate and unethical behavior display by c/o Daniels the force... Daniels was unprofessional and INHUMANE treatment ... Mental Harm. To notify O.P.R. to investigate

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitado):*

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE *(Firma del Preso):* DP

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print): M. Smith Lewinski  SIGNATURE: MS  DATE CRW/PLATOON COUNSELOR RECIEVED: 8/19/14

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): SIGNATURE: DATE REVIEWED: / /

(FCN-47)(NOV 11)  (WHITE COPY – PROGRAM SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Aguacil del Condado de Cook)

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
(Petición de Queja del Preso/Respuesta/Forma de Apelación)

☑ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

CONTROL # 2014 X 5037

### INMATE INFORMATION

INMATE LAST NAME (Apellido del Preso): PAYNE

INMATE FIRST NAME (Primer Nombre): DIONELL

ID Number (# de Identificación): 20121019167

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

-260- MISCONDUCT (PHYSICAL) BY SWORN STAFF

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO: O.P.R. I.S.

DATE REFERRED: 8/21/14

RESPONSE BY PERSONNEL HANDLING REFERRAL:

See Attachment

PERSONNEL RESPONDING TO GRIEVANCE (Print): 
SIGNATURE: 
DIV./DEPT.: INMSVCS
DATE: 8/21/14

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): 
SIGNATURE: 
DIV./DEPT.: 
DATE:

NON-GRIEVANCE (REQUEST) SUBJECT CODE:
☐ GRIEVANCE SUBJECT CODE:
☐ NON-GREIVANCE SUBJECT CODE:

INMATE SIGNATURE (Firma del Preso):

DATE RESPONSE WAS RECEIVED: 8/21/14

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: ___/___/___

INMATE'S BASIS FOR AN APPEAL: THIS IS STILL ON GOING MATTER TO THIS DAY

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes (Si) ☐  No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:

ADMINISTRATOR/DESIGNEE: 
SIGNATURE: 
DATE:

INMATE SIGNATURE (Firma del Preso):

DATE INMATE RECEIVED APPEAL RESPONSE: ___/___/___

(FCN-48)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – C.R.W./PLATOON COUNSELOR)   (PINK COPY – INMATE)