IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Dionell Payne, Pro Se
  Plaintiff,

v.

Cook County, et al
  Defendants

Case no: 14 C 7520

Judge Mattew F. Kennelly

**FILED**
MAR 20 2015
3-20-15 ea
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## STATUS REPORT

1) Names of witnesses are also attach in complaint through office of Professional Review complaint register Christopher Johnson, 20130409051 of Cook County Jail, Kermit Leaks 20120421058 of Cook County Jail, Micheal Pryor 20130302068 of Cook County Jail, Pierre Davis 20120723002 of Cook County Jail, Superintendent Brown of O8 RTU of Cook County Jail. This is a claim where there was this C/O Daniels who used unjustify force by Hitting and spitting on plaintiff just for asking a question, before I became her target, which also was later denied medicine and medical attention and treatment that day and 3 weeks later by Physician DR. MAKHAEL Because of my several complaints relating to a officer, I was later Disciplined 3 weeks after incident by being placed in segregation for no Reason And without due process.

2) Have requested in complaint and Now all writeups and Disciplinary reports Against C/O Daniels, and DR. Makhael During time employ by Cook County Jail including Grievances written by co workers and employer's of Cook County Jail and also Detainee's of Cook County Jail. As well as Results

3) That all complaints file against C/O Daniels and Dr. Makhael Be displayed and the Results of the complaints, Also The Results of the office of Professional Review concerning my complaint against's C/O Daniels Be displayed that any and all complaints, write ups and Grievances against C/O Daniels, and Dr. Makhael be Shown to show that The Cook County and Tom Dart allows this and hires this kind of Behavior that these Documents Be produce at hearing and be used and admitted during Trial so the Court or Jury can see these employee's (C/O Daniels, Dr. Makhael) Have a pattern of unprofessional behavior in there official and Individual capacity.

# CERTIFICATE OF SERVICE

I, DIONELL PAYNE, swear under penalty of perjury that I served a copy of the attached document on Prisoner Correspondence at 219 S. Dearborn St. Chicago IL 60604 for U.S. District Court, by placing it in the mail at Cook County Jail on 3/16/15