UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIONELL PAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | 14 C 7520 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Matthew F. Kennelly |
| COOK COUNTY et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' STATUS REPORT**

NOW COMES the Defendants, COOK COUNTY, THOMAS DART, C/O DANIELS, and DR. MEKHAEL by and through their attorney, Cook County State's Attorney Anita Alvarez, through her Assistant, Brian M. Casey, and for their Status Report, states as follows:

I. **Names of Potential Witnesses**

1. C/O Daniels

2. C/O Golonka

3. Sgt. Guzik

All of the above potential witnesses would testify to what, if anything, occurred with Plaintiff on August 15, 2014 in Division 2, 2N-House, at the Cook County Jail.

4. Dr. Mekhael

Dr. Mekhael would testify to any treatment he administered to Plaintiff.

1

II.   **Documents or Categories of Documents Needed by Defendant**

Defendants would need any and all documents in Plaintiff's possession that would support his claims, including, but not limited to, grievances, responses to grievances, and medical records.

III.   **Documents or Categories of Documents in Defendant's Possession**

1. Plaintiff's medical records

2. Booking Card/Booking History of Plaintiff

3. Cook County Jail Housing History of Plaintiff

4. Cook County Jail Movement History of Plaintiff

5. Grievances filed by Plaintiff

6. Cook County Jail incident reports for Plaintiff

Because all potential witnesses or discovery may not be known as of the date of this filing, Defendants reserve the right to supplement and/or amend this report.

Respectfully Submitted,

        ANITA ALVAREZ
        State's Attorney of Cook County

        By:   /s/*Brian M. Casey*
            Brian M. Casey
            Assistant State's Attorney
            500 Richard J. Daley Center
            Chicago, Illinois 60602